**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **UNITED STATES,**<br><br>**Plaintiff,**<br>**v.**<br><br>**Anneliz Colon De Jesus**<br>**Defendant** | **Case No. 24-cr-137-CEM-RMN**<br><br>**Hon. Judge Carlos Mendoza** |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

The Defendant, Anneliz Colon De Jesus, by and through the undersigned CJA counsel, very respectfully states and notifies the following:

NOTICE IS HEREBY GIVEN that Anneliz Colon De Jesus, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment issued and entered on November 13, 2025. Doc. No. 392.

**RESPECTFULLY SUBMITTED** in Orlando, Florida, on November 26, 2025.

*/s/ Jorge L. Gerena-Mendez*
 *Jorge L. Gerena-Mendez*
*CJA Attorney*
*Florida Bar No: 0105925*
*PO BOX 7388*
*Lakeland, Fl 33807*
*Email 1:* attorneygerena@gmail.com

*Email 2: USPR4724@gmail.com*
*Telephone: 787-203-2118*

## **CERTIFICATE OF SERVICE**

On November 26, 2025, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system, which will send a notice of electronic filing to

all attorneys of record.

*S/JORGE L. GERENA- MENDEZ*

_____

*Jorge L. Gerena-Mendez*
*CJA Attorney*
*Florida Bar No: 0105925*
*PO BOX 7388*
*Lakeland, Fl 33807*
*Email 1:* attorneygerena@gmail.com
*Email 2: USPR4724@gmail.com*
*Telephone: 787-203-2118*